UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DONNIE JAMES VINSON,

    Plaintiff,

vs.                                      Case No. 3:08-cv-512

CAMPBELL COUNTY SHERIFF'S
DEPARTMENT; ZACHARY F.
GRAVES, individually and in his
capacity as officer of the Campbell
County Sheriff's Department; ADAM
DOUGLAS, individually and in his
capacity as officer of the Campbell
County Sheriff's Department; and
GARY W. PERKINS, individually and
in his capacity as sheriff of the Campbell
County Sheriff's Department,

    Defendants.

## JOINT MOTION FOR ORDER ALLOWING DEFENDANT ACCESS TO PLAINTIFF'S MEDICAL AND EMPLOYMENT RECORDS

    Come now the parties and hereby jointly move this Honorable Court for an Order allowing the Defendants access to the medical and employment records of the Plaintiff. As evidenced by signatures on this document, and the proposed Order submitted as an attachment hereto, the parties are in agreement that the Defendants will be allowed access to medical employment records as set out in the order. For cause, the parties would state that discovery on issues of damages is continuing in this matter, and the Defendants have expressed a need to review said records, and that the Plaintiff has agreed to allow access to the records in accordance with the parameters set out in the Order.

    WHEREFORE, the parties jointly move for entry of the Order attached to this motion pursuant to local rule of this Honorable Court.

Respectfully submitted:

/s/ Rhonda L. Bradshaw, RN JD

Rhonda L. Bradshaw, RN JD (BPR #014082)
Spicer, Flynn & Rudstrom PLLC
Attorney for Defendants
First Tennessee Tower, Suite 1400
800 S. Gay Street
Knoxville, TN 37929
(865) 673-8516

Donnie James Vinson
660 Banner Fork Road
Wallins Creek, Kentucky 40873

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009 a copy of the foregoing Motion was filed via the electronic filing system for the U.S. District Court Eastern District of Tennessee at Knoxville and delivered to the following:

Donnie James Vinson
660 Banner Fork Road
Wallins Creek, Kentucky 40873

/s/ Rhonda L. Bradshaw, RN JD

Rhonda L. Bradshaw, RN JD

2