**UNIFORM CITATION** — Campbell County Sheriff's Department — **No. 24821**
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

**COMPLAINT – AFFIDAVIT**

| Field | Value |
|---|---|
| Name (First, Middle, Last) | Donnie J Vinson |
| Date of Birth | 4/28/56 |
| Race / Sex | W / M |
| TN Resident? | No |
| Seat Belt? | Yes |
| Address | 660 Banner Fort Rd |
| City | Wallens Creek |
| State | KY |
| Zip | 40873 |
| Social Security Number | 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 |
| Driver License Number | KY V05-311-795 |
| Class/Type License | D |
| State | KY |
| Expiration Date | 5/29/09 |
| Telephone Number | 606-664-7531 |
| Owner/Lessee Name | Stan Robins and Company |
| Address | 1855 E 4th St, London KY 40741 |
| Make | Ford |
| Model | E-150 |
| Year | 07 |
| Color | White |
| License Plate Number | 085 GZL |
| State | KY |
| Year | 08 |
| Upon Street/Highway | I 75 @ 13 |
| Travel Dir | S |
| M.M. | 13 |
| City/County | Campbell |
| Locale | Rural |

Other: Evading Arrest (b)(1) 39-16-603 / Resisting Arrest 39-16-602

**Narrative:** On above date and time Affiant a Deputy with Campbell County Sheriff's Office was dispatched to I-75 at approx mile marker 132 to assist a motorist. Upon Affiant's arrival vehicle was gone. Affiant stated to Dispatched that affiant was going to stay in the area. Officer Jim Wilson #607 (Caryville P.D.) and Deputy Adam Douglas #707 (Campbell Co S.O.) was dispatched to I-75 approx @ Mile Marker 149 on a possible Drunk Driver. Vehicle was travelling South Bound on I-75. Dispatched stated

Date: 29 day of Dec 07 Time 0130 pm  Deputy Zachary F. Graves 731

Sworn to and subscribed before me this 7 day of Jan 08

Signature of Officer / Judge/Clerk

In the 1 General Sessions Court of Campbell County, City of Jacksboro

The 11 day of Jan 08 Time 0900 am

Violator's Signature: J-A-I-L-E-D

4/29 1:00

T0232705


EXHIBIT A

## NARRATIVE

they had several people call in on the driver. Defendant turn off I 75 at Exit 134. Jim Wilson #607 stated over the radio "that he spotted the Defendant had turn around at the red light on 25w at Highway 116 and was ahead back to the Interstate. Jim Wilson stated over the radio that the Defendant was not stopping" Jim Wilson Initiated his light's and siren. Jim Wilson also stated over the radio that the Defendant was swerving from lane to lane. Defendant and Jim Wilson #607 got on the Interstate 75 back south bound towards my location. Affiant Initiated Light's and siren's, and got behind the vehicle (Defendant) Jim Wilson was behind Affiant. Affiant observed Defendant's Driving. Defendant crossed the center line and the white line several times. Defendant pulled over on I 75 between Mile Marker 130 and 131. Affiant and Deputy Adam Douglas 707 approached the vehicle. Affiant stated to the Defendant to unlock and open the vehicles door. Defendant had trouble comprehending and executing what the Affiant stated for the Defendant to do. Affiant got door open. Affiant and Deputy Adam Douglas was getting the Defendant out of the vehicle. Defendant became combative towards both officer's. Defendant's vehicle was still in drive, Vehicle started rolling forward. Affiant was going after the vehicle. Defendant grabbed Affiant's right arm and tryed to take Affiant to the ground. Deputy Adam Douglas then took Defendant to the ground. Affiant got the vehicle

SIGNATURE: _Johnny E Brown #731_
DATE: 7-5-08

## NARRATIVE

stopped, Affiant went back to assist Deputy Adam Douglas #707. Defendant was resisting while Deputy Adam Douglas was trying to handcuff the Defendant. Affiant put his right knee in Defendant's neck to assist Deputy Adam Douglas. Upon examing the Defendant, Affiant notice Defendant had a cut under his right eye and Defendant's lip was busted from his head hitting the roadway "on the crumble strip." Upon searching the Defendant he had a bottle of Alprazolam 1 mg, approx 7 1/2 left. Defendant consented to give blood. Defendant was placed under arrest for Felony Evading, D.U.I., Resisting arrest, and transported to St. Mary's ER, to give blood and got Defendant's face cleaned up and checked. Upon arrival Defendant stated he had approx 4 glasses of wine and took half of Alprazolam pill approx at 7300 on 12-28-07. Defendant gave blood and got checked out and was transported to Campbell County Sheriff's Office, TN.

SIGNATURE: Johnny F Byrum 731
DATE: 1-4-08