VINSON,DONNIE
0000-5135-1   DOB 04/28/56
0736300004   ADM DT 12/29/07
SMCC

**ST. MARY'S MEDICAL CENTER**
of Campbell County
LaFollette, Tennessee

LNAF01

# NURSING ASSESSMENT FORM
## EMERGENCY DEPARTMENT

☐ RED   ☐ FT/Minor Care
To Room 3   Time 0320

| TIME | NAME | AGE | RCP (FIRST & LAST NAME) |
|---|---|---|---|
| 0350 | Donnie Vinson | 51 | Dr. Kauffman |

**CHIEF COMPLAINT** (Caregiver's impression of child's condition – if applicable)
Narrative: Bought by CCSO abrasions to face & lip. States
was getting out of police cruiser. Officers states

| BP 171/101 | P 89 | R 18 | T 97.6 | SaO2 95% | ☐ SROA  Allergies: ☐ No Meds |
| | | | | | ☐ Latex All  NKDA  ☐ See Med List |

LMP ___   Ht ___   Wt ___

☐ Has PU or someone close to pt has traveled to Asia in the last 2 weeks?
☐ Patient is a healthcare worker, their place of employment is ___
☐ Someone close to pt has been told they have a pneumonia

**HxDx:**
☐ DM  ☐ DBT  ☐ BEHAVIORAL  ☐ CARDIAC  ☐ CA  ☐ ARTHRITIS
☐ ASTHMA  ☐ ULCER  ☐ SEIZURES  ☐ BACK PROBLEM  ☐ THYROID
☐ DIABETICS  ☐ MIGRAINE  ☐ CVA  ☐ DEMENTIA  ☐ COPD  ☐ CHF
☐ HEARING IMPAIRED  ☐ VISUAL IMPAIRED   Anxiety

### PAIN ASSESSMENT
Having Pain? ☐ Yes ☐ No  ☐ New  ☐ Chronic
Location: ___
Scale 0-10 ___
Radiation: ___
Onset ___  Frequency ___  Duration ___
Words to Describe: Pain ☐ Crying ☐ Restless ☐ Moaning
☐ Grimacing  Unable to verb  ☐ Description

**Treatment PTA:** ☐ EMS  ☐ Self/Other  ☐ ASA
NTG X ___  ☐ O₂  PSBS  ☐ C-Spine Immobilization
IV ___

**PEDIATRICS** ☐ NA
☐ Caregiver Behavior Appropriate w/child
Crying/Quality
☐ Strong/Normal
☐ Whimpering
☐ Moaning/High pitched
Activity level
☐ Playful  ☐ Fussy  ☐ Quiet  ☐ Sleepy
Fontanels
☐ Flat  ☐ Bulging  ☐ Sunken  ☐ Closed
Appetite
☐ Good  ☐ Fair  ☐ Poor  ☐ Taking oral fluids
only  ☐ Formula  ☐ Breast milk
☐ Last meal ___

☐ Age Appropriate Behavior
☐ Immunizations UTD
Mucus membranes
☐ Moist  ☐ Dry
Wetting diapers today
☐ Yes  ☐ No
☐ Less than normal
☐ Last void
Capillary refill
☐ Normal  ☐ Delayed
Head
circumference: ___
(<24 mos)

**Respiratory** ☐ NA  ☐ WNL
☐ Labored  ☐ Unlabored  ☐ Normal
☐ Abnormal  ☐ Dyspnea  ☐ Tachypneic
☐ Apneic  ☐ Cough  ☐ Retracting
☐ Non-productive  ☐ Productive
☐ Smoking  ☐ Yes  ___ PPD

Breath Sounds:  Right  Left
Clear  ☐ ☐
Rales  ☐ ☐
Rhonchi  ☐ ☐
Wheezing  ☐ ☐
Diminished  ☐ ☐
Absent  ☐ ☐

**Cardiac** ☐ NA  ☐ WNL
☐ Rhythm ___

Skin:  ☐ NA  ☐ WNL
☐ Warm  ☐ Dry
☐ Diaphoretic
☐ Mottled
☐ Cool  ☐ Clammy
☐ Jaundiced
☐ Turgor
Color:
Normal for Race
☐ Pale  ☐ Ashen
☐ Cyanotic

☐ Have you taken any sexually enhancing
Meds? ___  Time ___

DNR Status: ___

**Abdomen** ☐ NA  ☐ WNL  ☐ Obese
☐ Soft  ☐ Distended  ☐ Guarding  ☐ Nausea
Last BM ___  /24 Hrs.
☐ Diarrhea X ___ /24 Hrs.  ☐ Emesis X ___ /24 Hrs.  ☐ Color ___
☐ Bowel Sounds  ☐ Present  ☐ Absent
☐ Tender

R Area of Pain 1

**Genitourinary** ☐ WNL  ☐ NA   **OB-GYN** ☐
☐ Frequency  ☐ Urgency  ☐ Vaginal Discharge
☐ Retention  ☐ Hematuria  ☐ EDC ___
☐ Clear  ☐ Cloudy  ☐ G ___
☐ Pain/Burning with Voiding  ☐ P ___
☐ Penile Discharge  ☐ AB ___

Location of
R HR/Rate 1

**Extremities** ☐ NA  ☐ WNL
ROM/ROE:
☐ Tenderness  ☐ Pain
Edema ☐ Absent  ☐ Present  ☐ Location ___
Skin ☐ Warm  ☐ Hot  ☐ Cool  ☐ Cold  ☐ Pink  ☐ Cyanotic
Sensory ☐ Numbness  Cap Refill: ___
Motor Function: ___   Pulses: Pedal R ___ L ___
                                        Radial R ___ L ___

**Functional** ☐ WNL
☐ Loss of ROM causing problems w/ADLS
☐ Loss of Muscular strength causing problems w/ADLS
☐ Problem W/Balance or walking causing stumbling or falls
Intervention
☐ MD Notified
Nutritional:
☐ Modified Diet - Poor understanding or compliance
☐ Unintentional Significant wt. loss
☐ New Med with potential for food/drug interaction
☐ Feeding/eating  ☐ Drinking
Interventions
☐ MD Notified

**Falls Risk Assessment** Yes No
Frequent Toileting  ☐ ☐
Unsteady Gait  ☐ ☐
Impaired Balance  ☐ ☐
Weak  ☐ ☐
Hypotensive  ☐ ☐
Decreased LOC  ☐ ☐
Communication Barrier  ☐ ☐
Narcotic Analgesics  ☐ ☐
Other ___
Have you fallen in the
last month  ☐ ☐
4 or more Medications  ☐ ☐

**Neuro** ☐ WNL  ☐ NA  ☐ A&Ox3   Pupil Size: L ___ R ___
Motor Ability  Strong/Weak/None     Strong Weak None
R.A. ___  R.L ___   ☐ PERRL
R.A. ___  R.L ___   ☐ MAE
Speech: ___  Onset ___
Psychosocial ☐ WNL  ☐ Combative  ☐ Cooperative
☐ Calm  ☐ Anxious  ☐ Appropriate  ☐ Inappropriate  ☐ Tearful
☐ Depressed  ☐ Agitated  Affect: ☐ Flat  ☐ Expressive  ☐ Lethargic
Hallucinations: ☐ Visual  ☐ Auditory  ☐ Homicidal Ideation
☐ Suicidal Ideation  ☐ Presented with S&S Alcohol/Substance Abuse
☐ Do you have concerns about your safety at home?

**Other Forms Used**
☐ Surgical Consent  ☐ Procedural Consent  ☐ Code 99 flow sheet  ☐ Inventory sheet  ☐ Time-Out Form
☐ Moderate Sedation Packet  ☐ Transfer Packet  ☐ Restraint Packet  ☐ Committal Packet

| | Initials | Primary Nurse Signature/Title | Initials | Time Assessed |
|---|---|---|---|---|
| Triage Nurse Signature/Title  M Warren RN | | M Miller | | |

InitDt 12/2007

Can rolled forward Pt fell to pavement.
Abrasions noted to ☐ hand
Strong ETOH odor noted

Page 1 of 1

EXHIBIT
B