## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

**DONNIE JAMES VINSON,**

    **Plaintiff,**

**vs.**                                    **Case No. 3:08-cv-512**

**CAMPBELL COUNTY SHERIFF'S
DEPARTMENT; ZACHARY F.
GRAVES, individually and in his
capacity as officer of the Campbell
County Sheriff's Department; ADAM
DOUGLAS, individually and in his
capacity as officer of the Campbell
County Sheriff's Department; and
GARY W. PERKINS, individually and
in his capacity as sheriff of the Campbell
County Sheriff's Department,**

    **Defendants.**

---

## SUGGESTION OF DEATH

---

    Come the Defendants, by and through counsel, and gives notice of a Suggestion of Death upon

the record of the Plaintiff, who died approximately the last week of April, 2010 in Kentucky, and no

personal representative has qualified to administer the estate of Donnie Vinson as of the date hereof.

    Respectfully submitted this the 3rd day of June, 2010.

                                    /s/ Rhonda L. Bradshaw

                                    Rhonda L. Bradshaw, RN JD (BPR #014082)
                                    Spicer Rudstrom, PLLC
                                    *Attorney for Defendants*
                                    800 S. Gay St., Ste. 1100
                                    Knoxville, TN 37929
                                    Telephone:    (865) 673-8516

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been mailed, U.S. Mail, postage pre-paid, to the Plaintiff at the following address:

Donnie James Vinson, Deceased
*Petitioner Pro Se*
c/o Margaret Pearson
660 Banner Fork Road
Wallins Creek, KY  40873

This the 3rd day of June, 2010.

/s/ Rhonda L. Bradshaw
Rhonda L. Bradshaw, RN JD