**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

**DONNIE JAMES VINSON,** )
    **Plaintiff,** )
     )
**v.** )    **No. 3:08-CV-512**
     )    **Phillips**
**CAMPBELL COUNTY SHERIFF'S DEPT,** *et al.,* )
    **Defendants.** )

**SHOW CAUSE ORDER**

On December 23, 2008, plaintiff Donnie James Vinson, acting *pro se*, filed a complaint against the Campbell County Sheriff's Department alleging excessive force during an arrest in violation of 42 U.S.C. § 1983. On May 5, 2010, the defendants filed a motion for summary judgment. On June 3, 2010, defendants filed a suggestion of death stating that the plaintiff died the last week of April 2010 in Kentucky, and no personal representative has qualified to administer the estate of Donnie Vinson.

The Estate of Donnie Vinson shall have **thirty (30) days** to obtain counsel to represent the estate in this matter. New counsel shall file a notice of appearance with the court. Should the representative of the estate decide to proceed *pro se*, the representative is **DIRECTED** to file notice of that intention within **thirty (30) days** with the court. A response to the defendants' motion for summary judgment shall be due within **thirty (30)**

**days**.  The Estate of Donnie Vinson is advised that failure to comply with this court's order could result in dismissal of this action.

The clerk is **DIRECTED** to provide a copy of this order to counsel for all parties of record and to the Estate of Donnie Vinson, c/o Margaret Pearson, 660 Banner Forks Road, Wallins Creek, Kentucky 40873.

**IT IS SO ORDERED.**

ENTER:

<u>        s/ Thomas W. Phillips        </u>
United States District Judge