# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

**DONNIE JAMES VINSON,** )
    **Plaintiff,** )
     )
**v.** )    **No. 3:08-CV-512**
     )    **(Phillips)**
**CAMPBELL COUNTY SHERIFF'S DEPT, et al.,** )
    **Defendants.** )

## ORDER

        December 23, 2008, plaintiff Donnie James Vinson, acting *pro se*, filed a complaint against the Campbell County Sheriff's Department alleging excessive force during an arrest in violation of 42 U.S.C. § 1983. On May 5, 2010, the defendants filed a motion for summary judgment. On June 3, 2010, defendants filed a suggestion of death stating that Donnie Vinson died the last week of April 2010 and no personal representative had qualified to administer the estate of Donnie Vinson. On June 4, 2010, this court issued a show cause order to the Estate of Donnie Vinson to obtain counsel to represent the estate in this matter, or inform the court if the personal representative would be proceeding *pro se.* No response has been received to the court's order. Accordingly, as the Estate of Donnie Vinson has shown no desire to prosecution this action, it is hereby **DISMISSED.**

The final pretrial conference scheduled for August 31, 2010, and the trial scheduled for September 8, 2010 are **CANCELLED.**

**IT IS SO ORDERED.**

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge

Case 3:08-cv-00512-TWP-HBG     Document 18     Filed 07/09/10     Page 2 of 2     PageID #: 81