PAF

UNITED STATES DISTRICT COURT
EASTERN DISTRIC OF TENNESSEE
AT KNOXVILLE

FILED

2010 JUL 19 P 12: 29

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| | | |
|---|---|---|
| **Donnie James Vinson** | ) | |
| | ) | |
| **Plaintiff (Deceased)** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-512** |
| | ) | **(Phillips/Guyton)** |
| **Campbell County Sheriff's Department,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION BY NONRESIDENT ATTORNEY FOR ADMISSION TO PRACTICE ONLY IN THE CAPTIONED CASE, AND ONLY FOR THE PURPOSE OF SEEKING TO VACATE THE COURT'S DISMISSAL OF THIS CASE

The undersigned, in support of his motion to appear before this Court for the sole purpose of seeking to vacate the Court's dismissal of this case, states as follows:

1.    I am counsel for Margaret S. Pierson ("Ms. Pierson"), a United States citizen and a resident of the State of Florida.

2.    Ms. Pierson is the next-of-kin of the Plaintiff / Decedent, Donnie James Vinson ("Mr. Vinson").

3.    The Plaintiff / Decedent, Mr. Vinson died on March 26, 2010, in the Hulen Community of Bell County, Kentucky, as is evidenced by the attached Certificate of Death.

4.    Ms. Pierson has not yet qualified as Personal Representative for the Estate of Mr. Vinson, and therefore has no legal standing at this point to (a) substitute as the party plaintiff for Mr. Vinson, nor (b) to prosecute this action on behalf of Mr. Vinson's estate.

5.    The reasons for the delay in having Ms. Pierson appointed Personal Representative for

1

Mr. Vinson are manifest. They include: her physical inability to travel more than a minimal amount, due to hip surgery shortly after Mr. Vinson's death; the necessity to seek amendment of the Certificate of Death, the original of which was incorrect in many respects, including the date of death, the place of injury, the place of death, and the cause of death.

6.      While not necessarily germane to the claims made in this case, the amendments to the Certificate of Death leave open the possibility that Mr. Vinson's death was not the result of his own actions, nor was it accidental.

7.      As the attached Certificate of Death plainly shows, the certificate was not amended until June 10, 2010.

8.      Ms. Pierson's counsel was not able to obtain a copy of the amended Certificate of Death from the Office of Vital Statistics of the Commonwealth of Kentucky until June 23, 2010, and Mr. Pierson has thus far been unsuccessful in obtaining an amended copy of the Certificate of Death.

9.      Without the corrected copy of the Certificate of Death, Ms. Pierson has not yet been able to qualify as Personal Representative of Mr. Vinson's Estate.

10.     Now that the corrected Certificate of Death has been made available to Ms. Pierson, she intends to take the necessary actions to qualify as Personal Representative of Mr. Vinson's estate as soon as her travel restrictions allow her to do so.

11.     Given the foregoing, the undersigned, admitted to practice in the States of Delaware (active) and Indiana (inactive) , as well as the Commonwealth of Kentucky (active) moves this court for leave to practice only in this case and only for the purpose of asking the Court to vacate its motion dismissing this case.

2

_(signature)_

Edward K. Black
37 Longview Drive
Elkton. Maryland 21921
410-441-1441
410-996-9538 (fax (occasionally))
esblack@comcast.net
Delaware Bar # 05302
Kentucky Bar # 05306
Indiana Bar 22-19647

## VERIFICATION

Commonwealth of Kentucky )
)   ss.
County of Jefferson )

    I, Margaret Pierson, of 12065 Formosa Court, Brooksville, Florida 34613-5540, being duly sworn, depose and say that I am the Next-of-Kin of the Plaintiff in the foregoing action, and know the contents thereof, and that the same is true of my own knowledge, except as to those matters and things stated upon information and belief, and as to those I believe them to be true.

_(signature)_
Margaret S. Pierson

Subscribed and sworn to before me on _July 16_, 2010.

_(signature)_ Alex Jovtovic Notary ID 404124
Notary Public, State at Large
My Commission Expires: _September 4, 2013_

## CERTIFICATE OF MOTION

    A copy of the foregoing motion and attached order was sent to Rhonda L. Bradshaw, Spicer, Flynn & Rudstrom, First Tennessee Tower, Suite 1400, 800 South Gay Street, Knoxville, Tennessee 37929.

_(signature)_

Edward K. Black

3

# Registrar of Vital Statistics
# Certified Copy



2745412

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**COMMONWEALTH OF KENTUCKY**
**CABINET FOR HEALTH & FAMILY SERVICES**
**REGISTRAR OF VITAL STATISTICS**
**CERTIFICATE OF DEATH**

116  2010  1 0 b 1 5

FORM VS NO. 1-A amended 6/10/10 akc
(REV. 7/08)

MUST BE TYPED

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Donnie James Vinson | Male | March 26, 2010 |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE Last Birthday (Years) | 5b. UNDER 1 YEAR (Months) (Days) | 5c. UNDER 1 DAY (Hours) (Minutes) | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City/State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 53 | | | April 28, 1956 | Lakeland, FL  408 |

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 9a. PLACE OF DEATH (Check only one) |
|---|---|
| ☐ YES  ☒ NO | HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☒ DOA  3  OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) |

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| Harlan ARH Hospital  O6 | Harlan | Harlan  048 |

| 10. MARITAL STATUS Married, Never Married Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Never Married | | Design Specialist | Retail Floral |

| 13a. RESIDENCE - State | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| Kentucky | Harlan  048 | Wallins Creek | 660 Banner Fork Road |

| 13e. INSIDE CITY LIMITS? | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify Yes or No – If yes, specify Cuban, Mexican, Puerto Rican, etc.) | 15. RACE – American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elem/Secondary (0-12) / College (1-4 or 5+) |
|---|---|---|---|---|
| ☐ YES ☒ NO | 40873 | ☐ YES ☒ NO  O | White  1 | 17 5+ |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Donnie James Vinson, Sr. | Margaret Shaw Pierson |

| 19a. INFORMANT'S NAME | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, Zip Code) |
|---|---|
| Margaret Pierson | 12065 Formosa Street, Brooksville, FL 34613 |

| 20a. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation  ☐ Removal from State ☐ Donation ☐ Other ____ (Specify) | 20b. PLACE OF DISPOSITON (Name of cemetery, crematory, or other place) | 20c. LOCATION (City, Town, or State) |
|---|---|---|
| | The Directors Cremation | Pineville, KY |

| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE (Or person acting as such) | DATE SIGNED (Month, Day, Year) | 22. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| *[signature]* | 04/20/2010 | Harlan Funeral Home  P.O. Box 449 - Harlan, KY 40831 |

| 23a. To the best of my knowledge/death occurred at the time, date, place and due to the causes stated *[signature]* Signature and Title (Must Use Blue/Black Ink) | Harlan Co. Coroner  Z | 23b. DATE SIGNED (Month, Day, Year) 04/20/2010 |
|---|---|---|

| 24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 28) |
|---|
| Philip Bianchi, Coroner  P.O. Box 148  Harlan, KY 40831 |

| 25. TIME OF DEATH | 26. DATE PRONOUNCED DEAD (Month, Day, Year) | 27. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? |
|---|---|---|
| Pron. 9:15 am | 03/26/2010 | ☒ YES  ☐ NO |

**28. PART I.** Enter the diseases, injuries, or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. *NOTE: Kentucky data indicate that diabetes is likely underreported on death certificates. If known, document diabetes as a "cause of" or "contributing cause of" death as appropriate in Parts I and II.*

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Acute Combined Drug Toxicity | |
| | DUE TO (OR AS A CONSEQUENCE OF) (Oxycodone, Hydrocodone, Ethanol, Alprazolam) | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | b. DUE TO (OR AS A CONSEQUENCE OF) | |
| | c. DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. DUE TO (OR AS A CONSEQUENCE OF) | |
| | e. DUE TO (OR AS A CONSEQUENCE OF) | |

| PART II. Other significant conditions contributed to death but not resulting in the underlying cause | 28a. If female, was there a pregnancy in the past 12 months? | 28b. Was an autopsy performed? | 28c. Were autopsy findings available prior to completion of cause of death? |
|---|---|---|---|
| Morbid Obesity; Hypertensive and Atherosclerotic Cardiovascular Disease | ☐ Yes ☐ No | ☒ Yes ☐ No | ☒ Yes ☐ No |

| 29. MANNER OF DEATH | 30a. DATE OF INJURY (Month, Day, Year) | 30b. TIME OF INJURY | 30c. INJURY AT WORK? | 30d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☐ Natural ☐ Homicide ☒ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be Determined | Found 3/26/10 | Found 9:00 am | ☐ YES ☒ No | ~~Polysubstance Abuse~~ RECEIVED LETHAL COMBINATION OF ~~and Organic Heart Disease~~ LISTED DRUGS |
| | 30e. PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify) ANOTHER'S RESIDENCE ~~Discovered by Driver as Passenger in Motor Vehicle on Road~~ | | 30f. LOCATION (Street and Number or Rural Route Number, City or Town) HELEN COMMUNITY, BELL COUNTY, KENTUCKY Unknown - ~~Riding in car on roadways of Harlan County~~ | |

| 31. REGISTRAR'S SIGNATURE | 32. DATE FILED (Month, Day, Year) |
|---|---|
| *Paul F. Royce* | APR 23 2010 |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this _15th_ day of _June_, 20 _10_.

*Paul Royce*
State Registrar



Kentucky Bar Association

**Name: Edward Kerney Black**

**Member #: 05306**

018942
CONTROL NO.    **2009-2010 SUPREME COURT OF INDIANA**
**CERTIFICATE OF GOOD STANDING**
*This certifies that*

EDWARD KERNEY BLACK

has paid the annual registration fee, due October 1, 2009, required by Admission and discipline rule 2 of this Court. This card certifies this attorney is a member of the Bar of this State in good standing. This attorney's bar status is:

❑ ACTIVE                        ☒INACTIVE

See reverse for explanation of bar status.

Attorney #    19647 -22-

SUPREME COURT OF DELAWARE 2010
BY AND THROUGH THE CLERK OF THE COURT
CERTIFIES THAT
**EDWARD K. BLACK - 005302**

IS REGISTERED AS AN **ACTIVE**
MEMBER OF THE DELAWARE BAR

Signature of Member