UNITED STATES DISTRICT COURT
EASTERN DISTRIC OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Donnie James Vinson | ) |
| | ) |
| Plaintiff (Deceased) | ) |
| | ) |
| v. | ) No. 3:08-CV-512 |
| | ) (Phillips/Guyton) |
| Campbell County Sheriff's Department, | ) |
| et al. | ) |
| | ) |
| Defendants | ) |

## MOTION TO EXPAND TIME

Comes the next-of-kin of the Plaintiff /Decedent. Margaret s. Pierson, and for the reasons set for in the Verified Motion by Nonresident Attorney for Admission to Practice Only in the Captioned Ace and Only for the Purpose of Seeking to Vacate the Court's Order Of Dismissal of this Case, and moves the Court for an order vacating it July 9, 2010 order for a period of 120 days in order to allow the next0of-kin to qualify as Personal Representative of the Plaintiff /Decedent and to substitute as plaintiff in this action

*Margaret S. Pierson*
Margaret S. Pierson, Next-of-Kin

## CERTIFICATE OF SERVICE

A copy of the foregoing motion and attached order was sent to Rhonda L. Bradshaw, Spicer & Rudstrom, First Tennessee Tower, Suite 1400, 800 sout Gay Street, Knoxville, Tennessee 37929 this 15th day of July, 2010, via U.S. Mail, postage prepaid.

*Margaret S. Pierson*
Margaret S. Pierson, Next-of-Kin

1