UNITED STATES DISTRICT COURT
EASTERN DISTRIC OF TENNESSEE
AT KNOXVILLE

FILED
SEP 02 2010
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Donnie James Vinson )
)
Plaintiff (Deceased) )
)
v. ) No. 3:08-CV-512
) (Phillips/Guyton)
Campbell County Sheriff's Department, )
et al. )
)
Defendants )

## NOTICE OF WITHDRAWAL OF MOTION TO EXPAND TIME AND VERIFIED MOTION BY NONRESIDENT ATTORNEY FOR ADMISSION FOR A LIMITED PURPOSE

Please take notice that Counsel to the next-of-kin of the Plaintiff /Decedent, Margaret S. Pierson, at the request of his client voluntarily withdraws the Motion to Expand Time and the Verified Motion by Nonresident Attorney for Admission to Practice Only in the Captioned Case. Counsel avers that his client is aware that this will result in the dismissal of this case.

_____
Edward K. Black, Esq.
37 Longview Drive
Elkton, Maryland 21921
(410) 441-1441

## CERTIFICATE OF SERVICE

A copy of the foregoing motion and attached order was sent to Rhonda L. Bradshaw, Spicer & Rudstrom, First Tennessee Tower, Suite 1400, 800 South Gay Street, Knoxville, Tennessee 37929, and to Margaret S. Pierson, 9103 Westport Road, Louisville, Kentucky 40242 this 30th day of August, 2010, via U.S. Mail, postage prepaid.

_____
Edward K. Black, Esq.

1