UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |  | |
|---|---|---|---|
| **DONNIE JAMES VINSON,** | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 3:08-CV-512 | |
| | ) | (Phillips) | |
| **CAMPBELL COUNTY SHERIFF'S DEPT, et al.,** | ) | | |
| Defendants. | ) | | |

## ORDER

On July 9, 2010, this matter was dismissed by the court for failure to prosecute [Doc. 18]. On July 19, 2010, the next-of-kin of the plaintiff filed a motion to expand time and for admission *pro hac vice* by her counsel [Docs. 19, 20]. This matter is now before the court on the motion to withdraw the earlier filed motions by Margaret Pierson, next-of-kin for plaintiff, who is deceased [Doc. 21]. For the good cause stated, the motion to withdraw [Doc. 21] is **GRANTED**, and plaintiff's motions [Docs. 19, 20] are hereby **WITHDRAWN**. Accordingly, this matter is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge